_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 1 8 2012

AT ...
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No. ELH 10CV2541 |
| v. | ) ) ) |
| TOWN OF ELKTON, | ) ) |
| Defendant. | ) ) ) ) |

## CONSENT DECREE

This action was instituted by Plaintiff, the U.S. Equal Employment Opportunity Commission (the "EEOC" or the "Commission"), against Defendant Town of Elkton ("Defendant"), alleging that Defendant discharged Andrew Johnson from his position as Assistant Town Administrator/Finance Director because of his age, 70, in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a).

The parties desire to resolve the Commission's action without any determination by this Court on the issue of liability for the alleged conduct. Further, the parties desire to resolve the Commission's action without any admission or acknowledgment of liability or wrongdoing on the part of Defendant and without the time and expense of continued litigation. To those ends, the parties desire to formulate a plan to be embodied in this Consent Decree consistent with the ADEA.

The Court has examined this Decree and finds that it is reasonable and just and in

1

accordance with the Federal Rules of Civil Procedure and the ADEA. Therefore, upon

due consideration of the record herein and being fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED:

## Scope of Decree

1.      This Decree resolves all issues and claims alleged in the Complaint filed by the

Commission in this ADEA action including, but not limited to, those claims which emanated

from the Charge of Discrimination filed by Andrew Johnson. This Decree in no way affects the

Commission's right to process any other pending or future charges that may be filed against

Defendant and to commence civil actions on any such charges as the Commission sees fit.

2.      This Decree shall be in effect for a period of three and a half years from the date it

is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and

the parties for purposes of enforcing compliance with the Decree, including issuing such orders

as may be required to effectuate the purposes of the Decree. If Defendant has failed to meet the

established terms at the end of three and a half years, the duration of the Decree may be

extended.

3.      This Decree, being entered with the consent of the EEOC and Defendant, shall not

constitute adjudication or finding on the merits of the claims made by the EEOC or the charges

as alleged or the Charge of Discrimination filed by Andrew Johnson.

## Relief to Andrew Johnson

4.      Within ten (10) business days of entry of this Decree, Defendant shall

pay Andrew Johnson the gross amount of $235,000 less applicable statutory deductions. The

check will be sent directly to Mr. Johnson, and a photocopy of the check, and related

correspondence will be mailed to the EEOC's counsel of record. Defendant will issue Mr. Johnson a United States Internal Revenue Services W-2 Form for the 2012 tax year for the amount paid.

## Injunctive Relief

5.      Beginning on the date of entry of this Consent Decree and for a period of three and a half years thereafter, Defendant, its officers, agents, servants, employees, successors, assigns, and all persons acting or claiming to act on their behalf are hereby enjoined from discriminating against applicants and employees on the basis of age, and violating the ADEA, which in part, is set forth below:

> It shall be unlawful for an employer--
> (1) to fail or refuse to hire or to discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, privileges of employment, because of such individual's age;

29 U.S.C. § 623(a)(1).

## Written Policies & Procedures

6.      Within 30 days of the entry of this Decree, Defendant will implement and maintain a detailed policy against age discrimination approved by the EEOC. Such approval shall not be unreasonably withheld. The policy shall clearly prohibit terminating employees based on age.

7.      Defendant will distribute a copy of the written policies and procedures described in paragraph 6 above to all employees within 30 days of the entry of this Decree, and shall distribute a copy of the written policies and procedures to all employees hired thereafter within five days of the commencement of their employment.

3

Anti-Discrimination Training

8.      Within 90 days from the date of entry of the Decree and once during every calendar year thereafter for the duration of this Decree, Defendant will provide its Commissioners, Town Administrators, Assistant Town Administrators, department heads, and managers no fewer than three (3) hours of live training on federal employment discrimination laws, with a particular emphasis on the ADEA. The training shall be conducted by an outside consultant or law firm approved by the EEOC. For the duration of the Decree, Defendant shall provide this same training to all newly hired, elected or appointed Commissioners, Town Administrators, Assistant Town Administrators, department heads and managers. Defendant will furnish the EEOC with a copy of the attendance records from the training session.

9.      Within 90 days from the date of entry of the Decree and once during every calendar year thereafter for the duration of this Decree, Defendant will provide its non-managerial employees with no fewer than one (1) hour of live training on the requirements and prohibitions of the ADEA and one (1) hour of live training on the requirements and prohibitions of other federal equal employment laws. The training shall be conducted by an outside consultant or law firm approved by the EEOC. For the duration of the Decree, Defendant shall provide this same training to all newly hired non-managerial employees. Defendant will furnish the EEOC with a copy of the attendance records from the training session.

Notice and Posting

10.     Within thirty (30) days from the date of entry of this Decree, and for the duration of this Decree, Defendant will post the Notice, attached hereto (Exhibit A), in all places where notices to employees are customarily posted. The Notice shall be signed by the Mayor, with the date of

4

actual posting shown thereon. In the event that there is a change in the Mayor during this time period, a revised Notice signed by the new Mayor will be posted, and the EEOC will receive written notification of same. Should the Notice become defaced, marred, or otherwise made unreadable, Defendant will ensure that new readable copies of the Notice are posted in the same manner as heretofore specified. Within thirty (30) calendar days of entry of the Decree, Defendant shall forward to the EEOC's Baltimore District Office, a copy of the signed Notice and written certification that the Notice referenced herein has been posted and a statement of the locations and dates of posting.

11.     Within 30 days of the entry of this Decree, Defendant will display and maintain the EEOC poster in each of its facilities in a place visually accessible to applicants and employees of Defendant.

### Reporting

12.     Defendant's Human Resources Director or appropriate designee, will direct, monitor and maintain responsibility for implementation of this Decree.

13.     EEOC may monitor compliance during the duration of this Decree by inspection of any facility or paper or electronic employment record in Defendant's possession upon ten (10) business days' written notice to Defendant by the EEOC.  Upon such notice, Defendant will make available for inspection the facility or documents sought to be inspected by the EEOC.

14.     The Commission and Defendant shall bear their own costs and attorneys' fees.

5

15.     The undersigned counsel of record in the above-captioned action hereby consent, on behalf of their respective clients, to the entry of the foregoing Consent Decree.


FOR DEFENDANT:

_____
Kevin Karpinski, Esq. , #11849

_____
Joseph Fisona
Mayor of the Town of Elkton OCT 03 2012


FOR PLAINTIFF:

P. David Lopez
General Counsel

James L. Lee
Deputy General Counsel

_____
Debra M. Lawrence
Regional Attorney

_____
Maria Salacuse (Bar No. 15562)
Supervisory Trial Attorney

_____
Eric S. Thompson
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
10 S. Howard Street, 3d Floor
Baltimore, MD 21201


So Ordered,

_____
ELLEN L. HOLLANDER
U.S. DISTRICT JUDGE

Appendix A



# NOTICE TO EMPLOYEES POSTED PURSUANT TO A CONSENT DECREE BETWEEN THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION AND THE TOWN OF ELKTON

This Notice is being posted as part of an agreement between the Equal Employment Opportunity Commission ("EEOC") and the Town of Elkton which outlines the Town of Elkton's obligations under the Age Discrimination in Employment Act of 1967, as amended ("ADEA").

The ADEA protects individuals who are 40 years of age or older from employment discrimination based on age. The ADEA's protections apply to both employees and job applicants. Under the ADEA, it is unlawful to discriminate against a person because of his/her age with respect to any term, condition, or privilege of employment, including hiring, firing, promotion, layoff, compensation, benefits, job assignments, and training. It is also unlawful to retaliate against an individual for opposing employment practices that discriminate based on age or for filing an age discrimination charge, testifying, or participating in any way in an investigation, proceeding, or litigation under the ADEA.

Therefore, in accordance with the applicable law:

THE TOWN OF ELKTON WILL NOT engage in any acts or practices made unlawful under the ADEA.

THE TOWN OF ELKTON WILL NOT retaliate against any person who engages in protected activity.

THE TOWN OF ELKTON WILL conduct its employment practices without regard to age.

If you have a complaint of employment discrimination or questions regarding laws prohibiting employment discrimination, you may seek assistance from the EEOC by visiting the EEOC's Baltimore Field Office at 10 S. Howard St., 3rd Floor, Baltimore, MD 21201 or by calling 1-800-669-4000/ TTY (410) 962-6065. General information may also